CLINTON FALLS NURSERY COMPANY AND OTHERS v. CITY OF OWATONNA.[1]

May 14, 1926.

Nos. 25,253, 25,254.

**Case followed.**

[1]Reported in 209 N. W. 3.

Two proceedings in the district court for Steele county to detach lands from the city of Owatonna. They were heard by Senn, J., who denied relief. Petitioners appealed from orders denying their motions for a new trial. Orders affirmed.

*Francis J. Hanzel* and *F. A. Dunham,* for appellants.

*Leach & Leach,* for respondent.

PER CURIAM.

These are proceedings to detach land from the city of Owatonna under L. 1923, p. 595, c. 417. Relief was withheld and the petitioners appealed from orders denying their motions for a new trial. Upon authority of Clinton Falls Nursery Co. v. Owatonna, supra, page 299, the orders are affirmed.